JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11  JASON R. GARZA,                    Case No. 5:15-cv-02436 VAP (SPx)

12              Plaintiff,             (PROPOSED) ORDER TO DISMISS
                                       ACTION WITH PREJUDICE
13  v.

14  LIFE INSURANCE COMPANY OF
    NORTH AMERICA,
15
                Defendant.
16

17

18      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this

19  matter shall be dismissed with prejudice, in its entirety, against Defendant Life

20  Insurance Company of North America.  Each party is to bear their own attorneys'

21  fees and costs.

22                              *Virginia a. Phillips*

23  Dated:  _____May 12, 2016_____

24                              _____
                                HON. VIRGINIA A. PHILLIPS
25                              UNITED STATES DISTRICT JUDGE

26

27

28

LA #4826-7634-2833 v1              - 1 -              CASE NO. 5:15-cv-02436 VAP (SPx)
                                                     ORDER TO DISMISS ACTION WITH
                                                     PREJUDICE